**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01572 -CMA-KLM

GERARDO HERNANDEZ,

      Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation of Dismissal of Case With Prejudice (Doc. # 10), signed by the attorneys

for the parties hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

his or its own attorney fees and costs.

      DATED:  July   29  , 2013

                                    BY THE COURT:

                                    _____

                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge